UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CHARLES W. ADAMS, JR., )
)
        Petitioner, )
vs. ) 1:05-cv-770-RLY-WTL
)
TOM HANLON, )
)
        Respondent. )

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: January 18, 2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Copies to:

Charles W. Adams, Jr.
DOC # 865555
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770